# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### May 29, 2014

Amrine v. Eby (S061147). Peremptory writ of mandamus issued.

Garrett v. New Hampshire Insurance Company (S062199). Certified question accepted.

### June 2, 2014

State v. Glassmyer, Jeffrey Lewis (S062291/92)(S062297). Alternative writ of mandamus issued.

State v. Valencia, Cesar Rodriguez (S061909). Peremptory writ of mandamus issued. Relator filed a petition for writ of mandamus regarding the "Sell" order entered by the trial court on December 4, 2013. This court previously held the petition in abeyance pending a decision in *State v. Lopes*, SC S061395. This court now has decided that case, *State v. Lopes*, 355 Or 72, 322 P3d 512 (2014). The trial court's "Sell" order is ambiguous as to whether the court applied the proper evidentiary standard identified by this court in Lopes—clear and convincing evidence. *See* 355 Or at 99-100. Accordingly, the court allows the petition for writ of mandamus and directs the State Court Administrator to issue a peremptory writ of mandamus directing the trial court either (1) to amend the "Sell" order to confirm that the court used the correct evidentiary standard as identified by *Lopes*, or (2) to vacate its "Sell" order and rehear the matter, applying the appropriate evidentiary standard identified in *Lopes*.